UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARLENE ALVAREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. C13-940-JLR

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's proposed complaint, plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's proposed complaint is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 16th day of Dec., 2013.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1